**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **BRITTNEY WILSON,** | ) | |
| | ) | **JURY DEMAND** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO: 3:25-cv-1020** |
| | ) | |
| **HEALTHSTREAM, INC.,** | ) | **Judge:** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | **Magistrate Judge:** |

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel for the Plaintiff, Brittney Wilson, in the above- captioned cause of action.

I certify that I am admitted to practice in this court.

Respectfully submitted,

s/*Rachel Ringer*
Rachel Ringer, Attorney No. 041951
BIESECKER DUTKANYCH & MACER, LLC
3200 West End Avenue, Suite 500
Nashville, Tennessee 37203
Telephone:    (615) 783-2171
Facsimile:    (812) 424-1005
E-Mail:        rringer@bdlegal.com

*Attorney for Plaintiff*