**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| **BRITTNEY WILSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) **CASE NO. 3:25-cv-1020** |
| | ) |
| **HEALTHSTREAM, INC.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**<u>NOTICE OF APPEARANCE</u>**

To the Clerk of the Court:

Please enter my appearance on behalf of the Plaintiff, Brittney Wilson, in the above-

captioned cause of action. I certify that I am admitted to practice in this Court.

Respectfully submitted,

s/ Kyle F. Biesecker_____
Kyle F. Biesecker, Atty #028872
BIESECKER DUTKANYCH & MACER, LLC
3200 West End Avenue, Suite 500
Nashville, Tennessee 37203
Telephone: (615) 783-2171
Facsimile: (812) 424-1005
Email: kfb@bdlegal.com
*Attorney for Plaintiff*