**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| BRITNEY WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:25-cv-01020 |
| | ) |
| HEALTHSTREAM, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

I, Leslie Goff Sanders, enter my appearance as lead counsel for Defendant, HealthStream, Inc., in this case.

Respectfully submitted,

/s/ Leslie Goff Sanders_____
Leslie Goff Sanders (TN #018973)
611 Commerce Street, Suite 2911
Nashville, Tennessee 37203
lsanders@bartonesq.com
Telephone: (615) 340-6790

*Attorney for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on October 2, 2025, I filed the foregoing document via the Court's electronic filing system, which will automatically notify and send a copy to:

OPPOSING COUNSEL
Rachel Ringer
Kyle F. Biesecker
BIESECKER DUTKANYCH & MACER, LLC
3200 West End Avenue, Suite 500
Nashville, Tennessee 37203
rringer@bdlegal.com
kfb@bdlegal.com
(615) 783-2171

*Attorneys for Plaintiff*

/s/Leslie Goff Sanders
Leslie Goff Sanders (TN #018973)
*Attorney for Defendant*