# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| BRITNEY WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:25-cv-01020 |
| | ) |
| HEALTHSTREAM, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

I, Stephen C. Stovall, enter my appearance as counsel for Defendant, HealthStream, Inc., in this case.

Respectfully submitted,

/s/ Stephen C. Stovall
Stephen C. Stovall (TN #37002)
Leslie Goff Sanders (TN # 018973)
611 Commerce Street, Suite 2911
Nashville, Tennessee 37203
sstovall@bartonesq.com
lsanders@bartonesq.com
Telephone: (615) 340-6790

*Attorneys for Defendant*

<u>**CERTIFICATE OF SERVICE**</u>

       I certify that, on October 2, 2025, I filed the foregoing document via the Court's electronic

filing system, which will automatically notify and send a copy to:

OPPOSING COUNSEL
Rachel Ringer
Kyle F. Biesecker
BIESECKER DUTKANYCH & MACER, LLC
3200 West End Avenue, Suite 500
Nashville, Tennessee 37203
rringer@bdlegal.com
kfb@bdlegal.com
(615) 783-2171

*Attorneys for Plaintiff*

                        /s/Stephen C. Stovall            
                        Stephen C. Stovall (TN #37002)
                        *Attorney for Defendant*