IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

BRITNEY WILSON
_____,
      Plaintiff(s),

v.                                    Case No. 3:25-cv-01020_____

HEALTHSTREAM, INC.,
_____,
      Defendant(s).

**BUSINESS ENTITY DISCLOSURE STATEMENT**
**(Disclosure of corporate affiliations and financial interests)**

To provide the disclosures required by Fed. R. Civ. P. 7.1(a), and in compliance with the provisions of Local Rule 7.02(a), including for determination of judicial conflicts, this Business Entity Disclosure Statement is filed by  HealthStream, Inc._____.
The filer acknowledges its continuing obligation to update and supplement this statement.

**INSTRUCTIONS: Check the applicable blank or blanks, and fully provide any required information. <u>Attach separate pages as necessary to fully provide required information.</u>**

1.      This party or intervenor is a publicly held corporation or other publicly held entity, incorporated in the state of _Tennessee_____with a principal  place of business in the state of  _Tennessee_____.

2.      This party or intervenor is a privately held corporation, incorporated in the state of _N/A_____ with a principal place of business in the state of _____.  Ten percent (10%) or more of this corporation is owned by (list below all ownership interests of 10% or more):

_____
_____.

3.      Is this party or intervenor a parent or subsidiary of another corporation or corporations?

    _✓_ YES    ____ NO

If the answer is YES, state the identity of the parent or subsidiary and whether the named party is the parent or the subsidiary.

Defendant is the parent company of Virsys12 located at 500 11th Ave N, Nashville, TN 37203
_____

4. Is this party or intervenor affiliated with any other corporation or corporations, other than as a parent or subsidiary?

____ YES    ✓ NO

If the answer is YES, state: (i) the identity of the affiliated corporation(s); (ii) the nature of the relationship between the affiliated corporation(s) and the named party or intervenor; and, (iii) whether the affiliated corporation owns ten percent (10%) or more of the stock or ownership interests of the named party or intervenor and, if so, percentage of interest owned.

_____
_____.

5. Is there a publicly held corporation or another publicly held entity, not a party to the case, that has a direct financial interest in the outcome of the litigation?

____ YES    ✓ NO

If the answer is YES, state the identity of such corporation and the nature of the financial interest.

_____
_____.

6. If the named party or intervenor is a business entity other than a corporation (i.e. partnership, limited liability entity, or trust), identify all individuals or entities holding ten percent (10%) or more of the ownership interests in the named party or intervenor.

_____
_____ .

**Provide any additional pertinent information on attached page(s).**

Date: _10/30/25_          Signature: _/s/ Stephen C. Stovall_____

                          Printed Name:_ Stephen C. Stovall_____

                          Title: _ Co-Counsel_____

2

## CERTIFICATE OF SERVICE

I certify that, on October 30, 2025 I filed the foregoing document via the Court's electronic filing system, which will automatically notify and send a copy to:

Rachel Ringer
Kyle F. Biesecker
BIESECKER DUTKANYCH & MACER, LLC
3200 West End Avenue, Suite 500
Nashville, Tennessee 37203
rringer@bdlegal.com
kfb@bdlegal.com
(615) 783-2171

*Attorneys for Plaintiff*

/s/ Stephen C. Stovall
Stephen C. Stovall (TN #037002)
*Attorney for Defendant*