| | |
|---|---|
| BRITTNEY WILSON | ) |
| | ) **Case Number: 3:25-cv-01020** |
| **Plaintiff,** | ) |
| | ) **Judge Waverly D. Crenshaw** |
| v. | ) |
| | ) |
| HEALTHSTREAM, INC. | ) |
| | ) **JURY DEMAND** |
| **Defendant.** | ) |

## JOINT CASE RESOLUTION STATUS REPORT

The parties, by and through the undersigned counsel and in order to comply with the Court's Order entered on December 5, 2025 (Doc. #18), provide the Court with this Joint Case Resolution Status Report.

Plaintiff made a settlement demand on February 19, 2026. Defendant made a counter settlement offer on March 4, 2026. The parties continue to discuss resolution of this matter.

Respectfully submitted,

*/s/* Stephen C. Stovall
Leslie Goff Sanders (TN #018973)
Stephen C. Stovall (TN #037002)
BARTON LLP
611 Commerce Street, Suite 2911
Nashville, Tennessee 37203
lsanders@bartonesq.com
sstovall@bartonesq.com
Telephone: (615) 340-6790

*Attorneys for Defendant*

*/s/ Rachel Ringer* (*with permission*)
Rachel Ringer, Attorney No. 041951
Kyle F. Biesecker, Attorney No. 28872
BIESECKER DUTKANYCH

1

& MACER, LLC
3200 West End Avenue, Suite 500
Nashville, Tennessee 37203
Telephone: (615) 783-2171
Facsimile: (812) 424-1005
E-Mail: rringer@bdlegal.com
kfb@bdlegal.com

*Attorneys for Plaintiff*

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and accurate copy of the foregoing was served via the Court's electronic filing system on March 6, 2026, to the following:

Rachel Ringer, Attorney No. 041951
Kyle F. Biesecker, Attorney No. 28872
BIESECKER DUTKANYCH & MACER, LLC
3200 West End Avenue, Suite 500
Nashville, Tennessee 37203
Telephone: (615) 783-2171
Facsimile: (812) 424-1005
E-Mail: rringer@bdlegal.com
       kfb@bdlegal.com

*Attorneys for Plaintiff*

<u>*/s/ Stephen C. Stovall*</u>
Stephen Stovall (TN #37002)
*Attorney for Defendant*

3