# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## COLUMBIA DIVISION

| | |
|---|---|
| BRITTNEY WILSON | ) |
| | ) Case Number: 3:25-cv-01020 |
| Plaintiff, | ) |
| | ) Judge Waverly D. Crenshaw |
| v. | ) |
| | ) |
| HEALTHSTREAM, INC. | ) |
| | ) JURY DEMAND |
| Defendant. | ) |

## <u>NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION</u>

The undersigned attorneys for Defendant HealthStream, Inc., notify the Court and all other

parties of their new firm and contact information:

Leslie Goff Sanders
Stephen C. Stovall
Buchalter LLP
1 Music Circle South
Suite 300
Nashville, TN 37203
Tel: (629) 224-6600
lsanders@buchalter.com
sstovall@buchalter.com

Respectfully submitted,

<u>/s/Stephen C. Stovall</u>
Leslie Goff Sanders (TN #18973)
Stephen C. Stovall (TN #37002)
BCHALTER LLP
1 Music Circle South
Suite 300
Nashville, TN 37203
Tel: (629) 224-6600
lsanders@buchalter.com
sstovall@buchalter.com

*Attorneys for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on April 4, 2026, I filed the foregoing document via the Court's electronic filing system, which will automatically notify and send a copy to:

Rachel Ringer
Kyle F. Biesecker
BIESECKER DUTKANYCH & MACER, LLC
rringer@bdlegal.com
kfb@bdlegal.com

*Attorneys for Plaintiff*

/s/*Stephen C. Stovall*
Stephen C. Stovall (TN #37002)
*Attorney for Defendant*

2